# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
## U.S. Probation Office

**John S. Dierna**
**Chief U.S. Probation Officer**

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-719-3101

**Reply To: Columbus**



110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-225-2755

April 10, 2017

Mr. James D. Gilbert, Esq.
Law Offices of James D. Gilbert, LLC
Millennium - 6065 Frantz Road, Suite 105
Dublin, Ohio  43017
614-766-5423
614-766-6418 (fax)
jamesdgilbert@sbcglobal.net

Mr. Peter K. Glenn-Applegate
Ms. Jessica H. Kim, Esq.
U.S. Department of Justice
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215
614-469-5715
614-469-5653 (fax)
peter.glenn-applegate@usdoj.gov
jessica.kim@usdoj.gov

RE:   GARY JONES
      2:15 CR 226

Dear Counsel:

## DISCLOSURE NOTIFICATION

The presentence investigation ordered in the above case will be completed and the initial presentence report will be sent to you via encrypted email on May 15, 2017.

You and/or your client have until June 5, 2017, to communicate objections to United States Probation Officer Melinda Vincent at 614-719-3100 so that any objections may be resolved informally.  Please forward any objections directly to the probation officer rather than filing the objections electronically with the clerk's office.

It is suggested that you and your client may want to review the report with the Probation Officer. The Probation Office has found that this often brings immediate resolution of a number of objections.  The final presentence investigation report will be sent to the Court and the parties by June 26, 2017.

When the "final presentence report" is sent to the Judge, you will receive a copy via encrypted email, even if there are no changes.  The final presentence report will have addenda and certification and will be the official report used by the Court at the time of sentencing and sent to the Court of Appeals, if necessary.

Unauthorized copying or disclosure of the information contained in any draft or final presentence report, addendum, statement, or attachment to such a report is prohibited.

Very truly yours,

John S. Dierna, Chief
U.S. Probation Officer

CC: Defendant
    Clerk of Courts – Ms. Melissa Saddler (Sargus)
    Mr. Scott Miller