IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GARY JONES,

    Defendant.

Case No. 2:15-cr-226
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on Defendant Gary Jones' Motion for Continuance of Sentencing Date. (ECF No. 84). The Court has been notified that the government does not oppose this request.

Defendant's Motion is **GRANTED**. The Court will continue the Sentencing Hearing to December 21, 2017 at 1:30 p.m. before Chief Judge Edmund A. Sargus, Jr.

**IT IS SO ORDERED.**

10-25-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE